# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 0149

MARCH 28, 2022

---

In Re:     Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief and the subsequent filing "A Motion to Supplemental Ordinary Application of Post-Conviction Relief Pending in the District Court," filed August 27, 2021, on or before April 28, 2022. A copy of the trial court's action shall be filed in this court on or before May 5, 2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT